

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>EVELIO CATALAN CRUZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>15-MJ-02233<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _November 17, 2015_____, _____, at _3:00_____ ☐a.m. / ☒p.m. before the Honorable _Jean P. Rosenbluth_____, in Courtroom _827-A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _11/13/15_____      _____/s/ Jean Rosenbluth_____
                              U.S. District Judge/Magistrate Judge